UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BARBARA HOLLOWAY, | NO. CIV. S-08-2943 FCD EFB |
| Plaintiff, | |
| v. | <u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u> |
| HOMEQ SERVICING, | |
| Defendant. | |

----oo0oo----

1. The hearing on Defendant's Motion to Dismiss and/or Motion for a More Definite Statement is continued to March 6, 2009, at 10:00 a.m. Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than February 20, 2009. The Defendant may file and serve a reply on or before February 27, 2009.

2. Plaintiff is ordered to show cause why she should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

       3.   Plaintiff shall file her response to the order to show cause on or before February 20, 2009.

       4.   A hearing on the order to show cause, if necessary, will follow the hearing on the Motion to Dismiss and/or Motion for a More Definite Statement.

       IT IS SO ORDERED.

DATED: February 9, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE