UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BARBARA HOLLOWAY,

        Plaintiff,        No. CIV. S-08-2943 FCD EFB

v.

**ORDER IMPOSING SANCTIONS AND TO SHOW CAUSE**

HOMEQ SERVICING,

        Defendant.
_____/

    On February 10, 2009, the court issued an Order to Show Cause ("OSC") as to why plaintiff's counsel should not be sanctioned for failing to file an opposition or notice of non-opposition to defendant's motion to dismiss in compliance with Local Rule 78-230(c).

    As of February 23, 2009, neither a response to the OSC nor an opposition brief or notice of non-opposition have been filed. Accordingly, the court makes the following orders:

    1. Plaintiff's counsel Homan Mobasser, of M.W. Roth, P.L.C., shall pay sanctions in the amount of **$150.00**. Payment should be in the form of a checkmade payable to the Clerk of the Court. The sum is to be paid personally by plaintiff's counsel **not later**

**than ten (10) days** from the filing of this Order for Sanctions.

    2. This sanction is personal to the attorney, is to be borne by him personally, and is not to be transmitted to the client by way of a charge of attorney's fees and/or costs.

    The court finds plaintiff counsel's continuing failure to comply with the court's orders a serious violation of the governing rule in the action and hereby makes the following orders:

    1. Plaintiff's counsel is ordered to show cause why plaintiff's case should not be dismissed for failure to prosecute.

    2. Plaintiff's counsel shall file a response to the order to show cause on or before March 13, 2009.

    3. A hearing on this order to show cause is set for Friday, March 27, 2009, at 10:00 a.m.

    IT IS SO ORDERED.

DATED: February 24, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE