UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BARBARA HOLLOWAY,

        Plaintiff,        No. Civ. S-08-2943 FCD EFB

   v.                           **ORDER FOR DISMISSAL**

HOMEQ SERVICING,

        Defendant.
_____/

    On February 24, 2009, plaintiff's counsel, Homan Mobasser, was ordered to show cause why the above matter should not be dismissed for failure to prosecute. The court ordered counsel to file a response to the Order to Show Cause on or before March 13, 2009. Mr. Mobasser has failed to file a response to the order show cause.

    Accordingly, plaintiff's case is dismissed for failure to prosecute, Fed. R. Civ. P. 41(b), and for failure to respond to this court's order, <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260-61 (9th Cir. 1992). With respect to dismissal for failure to follow court orders, the court has reviewed the five factors set forth in <u>Ferdik</u> and finds that each warrants dismissal of plaintiff's case.

1 | The Order to Show Cause hearing set for March 27, 2009 is
2 | hereby VACATED.
3 | IT IS SO ORDERED.
4 | DATED: March 20, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE